UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-80627-CIV-MIDDLEBROOKS/LYNCH

PAMELA ANDROMIDAS,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security Administration,

    Defendant.
_____/



## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Summary Judgment (DE 17).

This matter was referred to the Honorable Frank J. Lynch, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated June 19, 2008, has been filed, recommending that the district court deny Plaintiff's Motion for Summary Judgment and grant summary judgment in Defendant's favor. The Court has conducted a *de novo* review of the entire file, the record herein, and the objections filed. Accordingly, it is hereby

ORDERED AND ADJUDGED that:

1. United States Magistrate Judge Lynch's Report and Recommendation be, and the same is **RATIFIED, AFFIRMED, and APPROVED** in its entirety.

2. Plaintiff's Motion for Summary Judgment (DE 17) is DENIED.

3. Judgment shall be separately entered for Defendant.

4. The Clerk shall **CLOSE** this case and all pending motions are **DENIED** as moot.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this ___ day of July, 2008.

                             DONALD M. MIDDLEBROOKS
                             UNITED STATES DISTRICT JUDGE

Copies to:   counsel of record